IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | NO. 11-251-04 |
| LUIS RODRIGUEZ | : | |

# O R D E R

**AND NOW**, this 19th day of May 2011, upon consideration of Appeal and Motion to Revoke Magistrate's Order for Detention Pending Trial (Document No. 47, filed April 28, 2011) and Government's Response in Opposition to Defendant's Motion to Revoke Magistrate's Order for Detention Pending Trial and Motion for Pre-Trial Detention (Document No. 51, filed May 5, 2011), the Court having conducted an evidentiary hearing and heard oral argument on May 17, 2011, for the reasons set forth in the memorandum dated May 19, 2011, **IT IS ORDERED** that defendant's Appeal and Motion to Revoke Magistrate's Order for Detention Pending Trial is **DENIED**.

**IT IS FURTHER ORDERED** that:

1. The defendant is committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States, or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined

1

shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

                                          **BY THE COURT:**

                                          **/s/ Hon. Jan E. DuBois**

                                          **JAN E. DUBOIS, J.**